7794. CENTRAL OF GEORGIA RAILWAY COMPANY *v.* ODOM *et al.*

JENKINS, J. Under the ruling in *American Life &c. Insurance Co.* v. *Quarterman*, ante, 798, the Court of Appeals is without jurisdiction to hear and determine this case, and the writ of error must be

Dismissed. *Broyles, P. J., and Bloodworth, J., concur.*

DECIDED MAY 3, 1917.

Complaint; from municipal court of Macon—Judge Chambers. July 29, 1916.

*Newman & Newman,* for plaintiff in error.

*Herring & Sparks,* contra.

---

7816. CHILDS *v.* MOON MOTOR CAR COMPANY.

BLOODWORTH, J. Under the ruling in *American Life &c. Insurance Co.* v. *Quarterman*, ante, 798, the Court of Appeals is without jurisdiction to hear and determine this case, and the writ of error must be

Dismissed. *Broyles, P. J., and Jenkins, J., concur.*

DECIDED MAY 3, 1917.

Complaint; from municipal court of Atlanta. May 19, 1916.

*Lamar Hill,* for plaintiff in error.

*Anderson, Slate & D'Orr, L. S. Hulbert,* contra.

---

7836. ADAMS *v.* BURDEN, SMITH & COMPANY.

BLOODWORTH, J. Under the ruling in *American Life &c. Insurance Co.* v. *Quarterman*, ante, 798, the Court of Appeals is without jurisdiction to hear and determine this case, and the writ of error must be

Dismissed. *Broyles, P. J., and Jenkins, J., concur.*

DECIDED MAY 3, 1917.

Complaint; from municipal court of Macon—Judge Chambers. August 19, 1916.

*R. L. Berner, W. J. Holliman,* for plaintiff in error.

*Herring & Sparks,* contra.